**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Northern District of Oklahoma**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Alfresco Group, LLC** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 1 – 3 5 9 4 1 9 1** |

**4. Debtor's address**

**Principal place of business**

**6033 South 66th Avenue East**
Number     Street

**Tulsa, OK 74145**
City                    State     ZIP Code

**Tulsa**
County

**Mailing address, if different from principal place of business**

Number     Street

City                    State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City                    State     ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **Alfresco Group, LLC**                                                                       Case number *(if known)* _____
    Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    **5   4   1   9**

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br><br>☐ Chapter 9<br><br>☑ Chapter 11. *Check all that apply:*<br><br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br><br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br><br>    ☐ A plan is being filed with this petition.<br><br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br><br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br><br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____   When _____   Case number _____<br>                                      MM / DD / YYYY<br>             District _____   When _____   Case number _____<br>                                        MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____   Relationship _____<br>        District _____   When _____<br>                                         MM / DD / YYYY<br>        Case number, if known _____ |

Debtor    **Alfresco Group, LLC**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br><br>_____     _____<br>Number           Street<br><br>_____<br><br>_____     _____  _____<br>City              State  ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.    Insurance agency _____<br><br>Contact name _____<br><br>Phone _____ |

<div style="background:black;color:white">■</div> **Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 50-99         ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor     **Alfresco Group, LLC**                                                   Case number *(if known)* _____
           Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/23/2025**
           MM/  DD/  YYYY

**X** **/s/ Antoine Harris**                                              **Antoine Harris**
Signature of authorized representative of debtor                     Printed name

Title  **Manager**

**18. Signature of attorney**

**X**          **/s/ Ron Brown**                   Date  **05/23/2025**
Signature of attorney for debtor                              MM/  DD/  YYYY

**Ron Brown**
Printed name

**Brown Law Firm PC**
Firm name

**1609 E. 4th St.**
Number          Street

**Tulsa**                                         **OK**          **74120**
City                                              State         ZIP Code

**(918) 585-9500**                                **ron@ronbrownlaw.com**
Contact phone                                     Email address

**16352**                                         **OK**
Bar number                                        State

Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2021, or tax year beginning _____, 2021,
ending _____, 20_____.

► Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2021**

| A Principal business activity | | | D Employer identification no. |
|---|---|---|---|
| DEVELOPMENT | | | |

**B** Principal product or service

DEVELOPMENT

Type or Print

ALFRESCO GROUP LLC
2118 S ATLANTA PL
TULSA, OK 74114

**E** Date business started

7/01/2016

**C** Business code number

541990

**F** Total assets (see instructions)

$ 1,206,769.

**G** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change  **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) ►

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► _____ 3

**J** Check if Schedules C and M-3 are attached .................................................................. ► ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **INCOME** | **1a** Gross receipts or sales ........................... | 1a | | |
| | **b** Returns and allowances ........................... | 1b | | |
| | **c** Balance. Subtract line 1b from line 1a ................................ | | 1c | |
| | **2** Cost of goods sold (attach Form 1125-A) ................................ | | 2 | |
| | **3** Gross profit. Subtract line 2 from line 1c ................................ | | 3 | |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) ................................ | | 4 | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) ................................ | | 5 | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) ................................ | | 6 | |
| | **7** Other income (loss) (attach statement) ................................ | | 7 | |
| | **8** Total income (loss). Combine lines 3 through 7 ................................ | | 8 | |
| **DEDUCTIONS (SEE INSTRS FOR LIMITATIONS)** | **9** Salaries and wages (other than to partners) (less employment credits) ......... | | 9 | |
| | **10** Guaranteed payments to partners ................................ | | 10 | |
| | **11** Repairs and maintenance ................................ | | 11 | |
| | **12** Bad debts ................................ | | 12 | |
| | **13** Rent ................................ | | 13 | 30,696. |
| | **14** Taxes and licenses ................................ | | 14 | 348. |
| | **15** Interest (see instructions) ................................ | | 15 | |
| | **16a** Depreciation (if required, attach Form 4562) ........... | 16a | 4,538. | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return ... | 16b | 16c | 4,538. |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) ................................ | | 17 | |
| | **18** Retirement plans, etc. ................................ | | 18 | |
| | **19** Employee benefit programs ................................ | | 19 | |
| | **20** Other deductions (att stmt) ...................... See Statement 1 | | 20 | 187,042. |
| | **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 ............ | | 21 | 222,624. |
| | **22** Ordinary business income (loss). Subtract line 21 from line 8. | | 22 | -222,624. |
| **TAX AND PAYMENT** | **23** Interest due under the look-back method — completed long-term contracts (attach Form 8697) ...... | | 23 | |
| | **24** Interest due under the look-back method — income forecast method (attach Form 8866) ............ | | 24 | |
| | **25** BBA AAR imputed underpayment (see instructions) ................................ | | 25 | |
| | **26** Other taxes (see instructions) ................................ | | 26 | |
| | **27** Total balance due. Add lines 23 through 26 ................................ | | 27 | |
| | **28** Payment (see instructions) ................................ | | 28 | |
| | **29** Amount owed. If line 28 is smaller than line 27, enter amount owed .................... | | 29 | |
| | **30** Overpayment. If line 28 is larger than line 27, enter overpayment .................... | | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

► _____
Signature of partner or limited liability company member          Date

May the IRS discuss this return with the preparer shown below?
See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JAMES C. ELLIOTT | JAMES C. ELLIOTT | | | P01290098 |

Firm's name ► James C. Elliott, CPA, P.C.    Firm's EIN ► 73-1400514

Firm's address ► 6033 S. 66th E. Ave.
Tulsa, OK 74145    Phone no. (918) 493-7042

**BAA For Paperwork Reduction Act Notice, see separate instructions.**    PTPA0105 10/04/21    Form **1065** (2021)

Fill in this information to identify the case:

Debtor Name  **Alfresco Group, LLC**

United States Bankruptcy Court for the: _____ **Northern** _____   District of   **Oklahoma**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account       Last 4 digits of account number

   3.1. **Note Debtor does not have a checking account. Last account at Arvest Bank closed 2/2024**   **Checking account**   ___ ___ ___ ___   **$0.00**

4. **Other cash equivalents** *(Identify all)*

   4.1 _____   _____

   4.2 _____   _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$0.00**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor  **Alfresco Group, LLC**                                     Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| 7.1 | **Brown Law Firm Retainer $10,212- Shown for Informational Purposes (owned by Matthew Griffin)** | $0.00 |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  _____    _____

8.2  _____    _____

**9.    Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                    $0.00

---

| Part 3: | Accounts receivable |
|---|---|

**10.   Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.   Accounts receivable**

11a. 90 days old or less:   _____ - _____ =..... ➡   _____
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:      _____ - _____ =..... ➡   _____
                            face amount        doubtful or uncollectible accounts

**12.   Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    [                    ]

---

| Part 4: | Investments |
|---|---|

**13.   Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1  _____    _____    _____

14.2  _____    _____    _____

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

15.1 _____    _____    _____

15.2 _____    _____    _____

Debtor     **Alfresco Group, LLC**                                          Case number *(if known)* _____
           Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____     _____

    16.2 _____     _____     _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                          | _____ |

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                          | _____ |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

---

Debtor     **Alfresco Group, LLC**                                    Case number *(if known)* _____
           Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

[_____]

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor    **Alfresco Group, LLC**_____    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** _____ | _____ | _____ | _____ |
| 40. **Office fixtures** _____ | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** _____ | _____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$$\boxed{\phantom{\text{_____}}}$$

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

Debtor    **Alfresco Group, LLC**          Case number *(if known)* _____
       Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____    _____    _____    _____

    48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

    49.1 _____    _____    _____    _____

    49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____    _____    _____    _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.    [ _____ ]

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:**   Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **See attached Legal Description / 22 acres of commercial land consisting of multiple tracts in Tulsa County, OK, including multifamily and hotel development parcels. Tulsa, OK 74145** | Fee Simple | unknown | | $564,300.00 |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    [ $564,300.00 ]

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

Debtor   **Alfresco Group, LLC**
Name

Case number *(if known)*

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |

Debtor    **Alfresco Group, LLC**
_____    Case number *(if known)* _____
Name

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➞    _____
                            Total face amount   doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

**73.** **Interests in insurance policies or annuities**

_____    _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____

**Nature of claim**    _____

**Amount requested**    _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

**Nature of claim**    _____

**Amount requested**    _____

**76.** **Trusts, equitable or future interests in property**

_____    _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    | _____ |

Debtor   **Alfresco Group, LLC**
Name

Case number *(if known)*

---

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................................... ➡ | | $564,300.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $0.00 | + 91b. $564,300.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................. | | $564,300.00 |

---

Official Form 206A/B      **Schedule A/B: Assets — Real and Personal Property**      page **9**

## EXHIBIT A

## PROPERTY DESCRIPTION

### Tract 1 - JR

The Northeast Quarter of the Northeast Quarter of the Northeast Quarter (NE/4 NE/4 NE/4) and the West Half of the Northeast Quarter of the Northeast Quarter (W/2 NE/4 NE/4) and the North 495 feet of the Southeast Quarter of the Northeast Quarter of the Northeast Quarter (SE/4 NE/4 NE/4) LESS Beginning at the Northeast Corner of the Northeast Quarter (NE/4); South 1153.05 feet; West 50 feet; North 217.5 feet; West 50 feet; North 400 feet; East 50 feet; North 460.55 feet; Northwesterly to a point 50 feet South and 200 feet West of the Northeast Corner; West 400 feet; North 50 feet; East 600 feet to the POINT OF BEGINNING;

And:

LESS BEGINNING 50 feet West and 194 feet North of the Southeast Corner of the Northeast Quarter of the Northeast Quarter; West 135 feet; North 56 feet; East 135 feet; South 56 feet to the Point of Beginning in Section Twenty-three (23), Township Twenty (20) North, Range (12) East of the Indian Base and Meridian, Tulsa County, State of Oklahoma, according to the U.S. Government Survey thereof.

And LESS AND EXCEPT:

A strip, piece or parcel of land lying in the Northeast Quarter of the Northeast Quarter (NE/4 NE/4) in Section Twenty-three (23), Township Twenty (20) North, Range Twelve (12) East of the Indian Base and Meridian, Tulsa County, State of Oklahoma, according to the U.S. Government Survey thereof, said parcel being described by metes and bounds as follows:

COMMENCING at the Northeast corner of said Northeast Quarter of the Northeast Quarter (NE/4 NE/4); thence S 88°42'35" W along the North line of said Northeast Quarter of the Northeast Quarter (NE/4 NE/4) distance of 1319.70 feet to the Northwest corner of said Northeast Quarter of the Northeast Quarter (NE/4 NE/4); thence S 01°07'40" E along the West line of said Northeast Quarter of the Northeast Quarter (NE/4 NE/4) a distance of 33.00 feet to a point on the present right-of-way of 36th Street North being the Point of Beginning; Thence N 88°42'35" E along the said present right-of-way a distance of 719.79 feet; thence S 01°17'25" E a distance of 17.00 feet; thence S 74°40'51" W a distance of 206.26 feet; thence S 88°42'35" W a distance of 419.88 feet; thence S 01°07'40" E a distance of 100.00 feet; thence S 46°07'40" E a distance of 133.52 feet; thence S 68°46'54" E a distance of 277.29 feet to the Beginning of a tangent curve to the right, said curve having a central angle of 15°49'10" and a radius of 956.28 feet, for an arc distance of 264.03 feet; thence N 88°50'01" E a distance of 541.83 feet to a point on the present right-of- way of Cincinnati Avenue; thence S 01°09'59" E along said Cincinnati Avenue present right-of-way a distance of 400.00 feet; thence N 88°50'01" E along said Cincinnati Avenue present right-of-way a distance of 50.00 feet; thence S 01°09'59" E along said Cincinnati Avenue present right-of-way a distance of 132.20 feet; Thence S 88°46'17" W a distance of 135.00 feet; thence S 01°09'59" E a distance of 56.00 feet; thence N 88°46'17" E 135.00 feet to a point being on said Cincinnati Avenue present right-of-way; thence S 01°09'59" E along said Cincinnati Avenue present right-of-way a distance of 29.30 feet; thence S 88°46'17" W a distance of 610.24 feet; thence S 01°08'49" E a distance of 164.60 feet to a point on the South line of said Northeast Quarter of the Northeast Quarter (NE/4 NE/4); thence S 88°46'49" W a distance of 660.29 feet to the Southwest corner

B-1

of said Northeast Quarter of Northeast Quarter (NE/4 NE/4); thence N 01°07'40" W a distance of 1283.01 feet to the Point of Beginning.

And LESS AND EXCEPT a strip of land 10.00 feet wide, being more particularly described by metes and bounds as follows, to-wit: Commencing at the Northeast corner of said Section 23; thence S88°42'35" W along the North line of said Section 23 a distance of 600 feet; thence S1°17'25" E a distance of 50.00 feet to a point on the Southerly right-of-way line of East 36th Street North said point being the Point of Beginning; thence N88°42'35"E along the said right-of-way line a distance of 400.00 feet; thence S81°49'07" E a distance of 60.76 feet; thence S88°42'35" W a distance of 499.97 feet; thence N74°40'51" E a distance of 41.25 feet to the Point of Beginning.

ALSO DESCRIBED AS:

A tract of land located in the NE/4 of the NE/4 Section 23, T-20-N, R-12-E of the Indian Meridian, Tulsa County, State of Oklahoma, according to the Official U.S. Government Survey thereof, being more particularly described as follows: Commencing at the northeast corner of Section 23, T-20-N, R-12-E of the Indian Meridian, Tulsa County, State of Oklahoma, according to the Official U.S. Government Survey thereof; Thence S 88°42'35" W along the north line of the NE/4 of Section 23 a distance of 50.00 feet; Thence S 01°09'59" E and parallel with the east line of the NE/4 of Section 23 a distance of 75.00 feet to a point at the intersection of the right-of-way of 36th Street North and Martin Luther King Jr. Boulevard as described in the "Dedication Deed" recorded in Book 4102, Page 734 of the Tulsa County Clerk's office, same being the "Point of Beginning";

Thence S 01°09'59" E and parallel with the east line of the NE/4 of Section 23 and along the west right-of-way of Martin Luther King Jr. Boulevard a distance of 460.37 feet, as described in said "Dedication Deed"; Thence S 88°50'01" W along a line described in said "Dedication Deed" and the "Report of Commissioners" recorded in Book 5535, Page 434 of the Tulsa County Clerk's office a distance of 591.84 feet; Thence along a non-tangent curve to the left with a central angle of 15°49'10", a radius of 956.28 feet, an arc length of 264.03 feet, a chord bearing N 60°52'19" W and a chord length of 263.19 feet as described in said "Report of Commissioners"; Thence N 68°46'54" W a distance of 277.29 feet as described in said "Report of Commissioners"; Thence N 46°07'40" W a distance of 133.52 feet as described in said "Report of Commissioners"; Thence N 01°07'40" W and parallel with the west line of the NE/4 of Section 23 a distance of 100.00 feet to a point on the south right-of-way of 36th Street North as described in said "Report of Commissioners"; Thence N 88°42'35" E along the south right-of-way of 36th Street North and parallel with the north line of the NE/4 of Section 23 a distance of 419.88 feet as described in said "Report of Commissioners"; Thence N 74°40'51" E along the south right-of-way of 36th Street North a distance of 165.01 feet as described in said "Report of Commissioners"; Thence N 88°42'35" E along the south right-of-way of 36th Street North and parallel with the north line of the NE/4 of Section 23, a distance of 499.96 feet as described in the "Permanent Right-of-Way Description Parcel 4.0" recorded as Document #2005125039 in the Tulsa County Clerk's Office; Thence S 81°49'04" E along the south right-of-way of 36th Street North a distance of 91.14 feet as described in said "Dedication Deed" to the "Point of Beginning".

## Tract 2 - NFBC

Lots One (1), Two (2), Three (3), and Four (4), CARL'S COMMERCIAL CENTER, a re-subdivision of Lots Three (3) thru Six (6), inclusive, of Lots Two (2) thru Six (6), Block One (1), CARL'S GREEN VALLEY ADDITION to the City of Tulsa, Tulsa County, State of Oklahoma, and a subdivision of the North Half of the Northwest Quarter of the Northwest Quarter (N/2 NW/4 NW/4) of Section Twenty-four (24), Township Twenty (20) North, Range Twelve (12) East in Tulsa County, State of Oklahoma,

according to the recorded plat thereof, LESS AND EXCEPT the following tracts in said Lot Four (4), CARL'S COMMERCIAL CENTER:

Beginning at the Southwest Corner of said Lot 4, Thence East along the South line thereof a distance of 50 feet to a point; Thence North and parallel to the West line of said Lot 4 a distance of 395.99 feet to a point on a curve, said point lying on the line of said Lot 4; Thence in a Southwesterly direction along a curve to the left having a radius of 474.00 feet and a central angle of 15°28'36" for a distance of 128.04 feet to a point; Thence South along the West line of Lot 4 for a distance of 278.98 feet to the Point of Beginning;

AND LESS Beginning at a point on the North line of said Lot 4, 50 feet South of the North line of Section 24, Township 20 North, Range 12 East, 500 feet East of the Northwest corner of said Section; Thence South 25 feet to a point; Thence West and parallel to the North line of said Lot 4 a distance of 189.47 feet to a point on a curve on the West Line of said Lot 4; Thence in a Northeasterly direction along a curve to the right, having a radius of 474.00 feet and a central angle of 08°54'36" for a distance of 73.72 feet to a point; Thence East along the North line of said Lot 4 a distance of 120.15 feet to the Point of Beginning;

AND LESS Beginning at the most Northwesterly corner of said Lot Four (4), CARL'S COMMERCIAL CENTER, Thence S 01°10'35" E a distance of 108.48 feet to a point; Thence Northeasterly along a curve to the right, said curve having a radius of 574 feet, for a distance of 154.07 feet to a point; Thence S 88°40'18" W for a distance of 108.48 feet to the Point of Beginning;

AND LESS Beginning at a point on the Easterly line of the Northwest Quarter of the Northwest Quarter (NW/4 NW/4) of Section 24, Township 20 North, Range 12 East of the Indian Base and Meridian, Tulsa County, said point also being a Northeasterly corner of Lot 4, Block 1, CARL'S COMMERCIAL CENTER, Thence S 00°04'23" W along the Easterly line of Lot 4 a distance of 479.19 feet to a point which is the Southeasterly corner of said Lot 4; Thence S 89°55'31" W along the Southerly line of Lot 4 a distance of 973.73 feet; Thence N 55°26'26" E a distance of 846.15 feet to a point which is an interior corner of Lot 4; Thence S 89°54'53" E along a Northerly line of Lot 4 a distance of 277.50 feet to the Point of Beginning.

**Tract 3 - ADD**

A tract of land in the Northwest Quarter of the Northeast Quarter of the Northwest Quarter (NW/4 NE/4 NW/4) of Section Twenty-four (24), Township Twenty (20) North, Range Twelve (12) East of the Indian Base and Meridian, Tulsa County, State of Oklahoma, according to the U.S. Government Survey thereof, being more particularly described as follows, to-wit:

BEGINNING at the Northeast corner of said Ten (10) acre tract; Thence South 250 feet; Thence West and parallel to the North line of said tract 380 feet to a point; Thence North and parallel to the East line of said tract 250 feet to a point; Thence East 380 feet to the POINT OF BEGINNING.

B-3

Fill in this information to identify the case:

Debtor name **Alfresco Group, LLC**

United States Bankruptcy Court for the: **Northern**   District of   **Oklahoma**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1.** **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

**BeraTech Industries**

**Creditor's mailing address**

**4101 Coon Rapids Blvd Nw**

**Minneapolis, MN 55433-2525**

**Creditor's email address, if known**

_____

Date debt was incurred   **10/2024**

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**1) BeraTech Industries**; 2) BOF Holdings I, LLC

**Describe debtor's property that is subject to a lien**

See attached Legal Description

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Amount of claim: **$250,000.00**   Value of collateral: **$564,300.00**

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$3,246,900.53**

Debtor   **Alfresco Group, LLC**

Name                                              Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.2** Creditor's name

**BOF Holdings I, LLC**

**Describe debtor's property that is subject to a lien**
See attached Legal Description

**$2,996,900.53**          **$564,300.00**

**Creditor's mailing address**

**1209 N Orange St**

**Wilmington, DE 19801-1120**

**Describe the lien**

**Judgment Lien**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**        **05/2022**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    **0  3  9  0**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines __**2.1**__

Debtor   **Alfresco Group, LLC**
_____
        Name

Case number (if known) _____

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Beratek Industries** <br> **120 50th Ave SW 300** <br> **Cedar Rapids, IA 52404** | Line 2. **1** | ___ ___ ___ ___ |
| **Bonial & Associates, P.C.** <br> **14841 Dallas Pkwy Ste 425** <br> **Dallas, TX 75254-8067** | Line 2. **2** | ___ ___ ___ ___ |
| **RJW Law Office PLLC** <br> **2123 S. Atlanta Pl Suite 200** <br> **Tulsa, OK 74114** | Line 2. **2** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name _____ **Alfresco Group, LLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of Oklahoma** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor      **Alfresco Group, LLC**
　　　　　　Name

Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

**3.1** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.2** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.3** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.4** | Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

Debtor      **Alfresco Group, LLC**
            Name

Case number *(if known)*

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

---

5.   **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $0.00 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $0.00 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $0.00 |

Fill in this information to identify the case:

Debtor name    **Alfresco Group, LLC**

United States Bankruptcy Court for the:    **Northern**    District of    **Oklahoma**
                                                                    (State)

Case number (If known):    _____    Chapter    **11**

☐ Check if this is an
  amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|----|------------------------------------------|---------------------------------------------------------------|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest    **Option Contract to be ASSUMED** | **Deloach Global Industries Inc.** |
| | | **c/o Wes Industries** |
| | State the term remaining    **0 months** | **6389 Tower Lane** |
| | List the contract number of any government contract | **Sarasota, FL 34240** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**Alfresco Group, LLC**__

United States Bankruptcy Court for the: ____**Northern**____ District of ____**Oklahoma**____
(State)

Case number (If known): _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Griffin, Matthew** | __**6713 E. 65th St.**__<br>Street<br><br>__**Tulsa, OK 74133**__<br>City        State        ZIP Code | __**BeraTech Industries**__<br><br><br>__**BOF Holdings I, LLC**__ | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Griffin, Matthew** | __**6713 E. 65th Street**__<br>Street<br><br>__**Tulsa, OK 74133**__<br>City        State        ZIP Code | __**BeraTech Industries**__<br><br><br>__**BOF Holdings I, LLC**__ | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.3 **Harris, Antoine** | _____<br>Street<br><br>_____<br>City        State        ZIP Code | __**BeraTech Industries**__<br><br><br>__**BOF Holdings I, LLC**__ | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |
| 2.4 **Harris, Antoine** | __**2550 E. 46th Pl.**__<br>Street<br><br>__**Tulsa, OK 74105**__<br>City        State        ZIP Code | __**BeraTech Industries**__<br><br><br>__**BOF Holdings I, LLC**__ | ☑ D<br>☐ E/F<br>☐ G<br>☑ D<br>☐ E/F<br>☐ G |

Official Form 206H                 **Schedule H: Codebtors**                 page 1 of __2__

Debtor   **Alfresco Group, LLC**

Name

Case number (if known)

| | | Additional Page if Debtor Has More Codebtors |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | **Watkins, Rodney** | | **BeraTech Industries** | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | | **BOF Holdings I, LLC** | ☑ D |
| | | | | ☐ E/F |
| | | City        State        ZIP Code | | ☐ G |
| 2.6 | **Watkins, Rodney** | **104 E. 13th Street** | **BeraTech Industries** | ☑ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | **Sand Springs, OK 74063** | **BOF Holdings I, LLC** | ☑ D |
| | | City        State        ZIP Code | | ☐ E/F |
| | | | | ☐ G |

Official Form 206H                    **Schedule H: Codebtors**

Fill in this information to identify the case:

Debtor name _____ **Alfresco Group, LLC** _____

United States Bankruptcy Court for the:
_____ **Northern District of Oklahoma** _____

Case number (if known): _____    Chapter ___**11**___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................

   | $564,300.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*..............................................................................

   | $0.00 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*................................................................................

   | $564,300.00 |

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $3,246,900.53 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $0.00 |

4. **Total liabilities**.............................................................................................................

   Lines 2 + 3a + 3b

   | $3,246,900.53 |

Fill in this information to identify the case:

Debtor name     **Alfresco Group, LLC**

United States Bankruptcy Court for the:

      **Northern District of Oklahoma**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$60,098.01** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    **Alfresco Group, LLC**

Name                                                                          Case number *(if known)*

---

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State    ZIP Code <br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **2**

Debtor    **Alfresco Group, LLC**                                         Case number *(if known)* _____
_____
Name

5.1. _____    _____    _____    _____
Creditor's name

Street

_____

_____
City                    State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name <br><br> Street <br><br> _____ <br><br> City    State    ZIP Code | _____ <br><br> XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **BOF HOLDINGS I LLC v. ALFRESCO GROUP LLC, et al** | **Foreclosure** | **Tulsa County District Court** <br> Name <br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **CJ-2024-390** | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor     **Alfresco Group, LLC**
_____      Case number *(if known)* _____
Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | _____ |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | _____ | Name |
| Street | | _____ |
| _____ | **Case number** | Street |
| _____ | _____ | _____ |
| City          State     ZIP Code | **Date of order or assignment** | _____ |
| | _____ | City          State     ZIP Code |

**Part 4:    Certain Gifts and Charitable Contributions**

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Recipient's name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State     ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

**Part 5:    Certain Losses**

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** _____ | _____ | _____ | _____ |

**Part 6:    Certain Payments or Transfers**

**11.**  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor   **Alfresco Group, LLC**                                    Case number *(if known)*
_____
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Brown Law Firm PC** | **Retainer- $4788 used for Pre-Petition Fees and Filing Fee** | 04/24/2025 | $15,000.00 |

| Address |
|---|
| **1609 E 4TH ST** |
| Street |
| **1609 E 4TH ST** |
| **Tulsa, OK 74120** |
| City          State    ZIP Code |

| Email or website address |
|---|
| |

| Who made the payment, if not debtor? |
|---|
| **Matthew Griffin** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Trustee |
|---|
| |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   **Alfresco Group, LLC**                                              Case number *(if known)* _____
          Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

| Address |
|---|
| _____ |
| Street |
| _____ |
| City          State      ZIP Code |

| Relationship to debtor |
|---|
| _____ |

---

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br> _____ <br> City          State      ZIP Code | From _____ To _____ |

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | _____ | _____ |
| _____ <br> Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ <br> City          State      ZIP Code | _____ <br> _____ | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

| Debtor | Alfresco Group, LLC | Case number *(if known)* |
|--------|---------------------|--------------------------|
| | Name | |

---

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

        Has the plan been terminated?

        ☐ No

        ☐ Yes

---

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|----------------------------------|-----------------|------------------------------------------------------|------------------------------------------|
| 18.1 **Arvest Bank** <br> Name <br> **PO Box 1670** <br> Street <br><br> **Lowell, AR 72745** <br> City    State   ZIP Code | XXXX– **3  4  8  3** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | **2/29/2024** | **($1,106.78)** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor **Alfresco Group, LLC** _____    Case number _(if known)_ _____
          Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
|  | _____ | _____ |  |
|  | City          State    ZIP Code |  |  |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City          State    ZIP Code | City          State    ZIP Code | _____ |  |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| _____ | _____ | _____ |  |
| City          State    ZIP Code | City          State    ZIP Code | _____ |  |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **Alfresco Group, LLC**                                        Case number *(if known)* _____
          Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.  _____    _____    EIN: __ __ – __ __ __ __ __ __ __
       Name

                                                   **Dates business existed**
       _____
       Street                                      From _____    To _____

       _____

       _____
       City          State    ZIP Code

## 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  **James Elliott CPA, PC**                          From **2020**    To **present**
        Name

        **6033 S. 66th E Ave**
        Street

        **Tulsa, OK 74145**
        City          State    ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.  _____                          From _____    To _____
        Name

        _____
        Street

        _____

        _____
        City          State    ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  **Harris, Antoine**                         _____
        Name

        **2550 E. 46th Pl**                         _____
        Street
                                                    _____

        **Tulsa, OK 74105**
        City          State    ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Alfresco Group, LLC**                                          Case number *(if known)* _____
Name

| Name and address |
|---|

26d.1.

Name _____

Street _____

_____

City _____    State _____    ZIP Code _____

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name _____

Street _____

_____

City _____    State _____    ZIP Code _____

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Harris, Antoine** | | **Manager/ Member, Member** | **62.50%** |
| **Matthew Griffin** | **6713 E. 65th St. Tulsa, OK 74133** | **Member, Member** | **37.50%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    **Alfresco Group, LLC**

Name

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City                    State        ZIP Code

**Relationship to debtor**

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/23/2025**

MM/ DD/ YYYY

**X** **/s/ Antoine Harris**                    Printed name        **Antoine Harris**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor        **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name  **Alfresco Group, LLC**

United States Bankruptcy Court for the:

**Northern District of Oklahoma**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1  BOF Holdings I, LLC<br>1209 N Orange St<br>Wilmington, DE 19801-1120 | | Judgment Lien | | $2,996,900.53 | $564,300.00 | $2,682,600.53 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor   **Alfresco Group, LLC**                                         Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Oklahoma

**In re**    Alfresco Group, LLC

Case No. _____

**Debtor**

Chapter _____ **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................................ **$4,788.00**

Prior to the filing of this statement I have received ............................................................................... **$4,788.00**

Balance Due ....................................................................................................................................... **$0.00**

2. The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify)    **Matthew Griffin**

3. The source of compensation to be paid to me is:

☐ Debtor    ☑ Other (specify)    **Debtor and Retainer Paid by Matthew Griffin**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **05/23/2025** | **/s/ Ron Brown** |
|---|---|
| *Date* | Ron Brown |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 16352

Brown Law Firm PC

1609 E. 4th St.

Tulsa, OK 74120

Phone: (918) 585-9500

</div>

| **Brown Law Firm PC** |
|---|
| *Name of law firm* |

---

Revised 08/2020

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

**IN RE:**  Alfresco Group, LLC

**Case No.**

**Chapter**   11

**Debtor(s)**

## VERIFICATION AS TO OFFICIAL CREDITOR LIST

☑ Original

☐ Amendment

☐ Add      ☐ Delete

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on the Creditor List Submission application, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

**If this filing is an amendment to the creditor list, indicate only the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)**

_____12_____ # of Creditors (or if amended, # of creditors added)

Method of submission:

(a)  ☑  uploaded to Electronic Case Filing System; or

(b)  ☐  Creditor List Submission application (to be used by Pro Se filers, found on the court's website at www.oknb.uscourts.gov, or available in the Clerk's Office)

_____ # of Creditors (on attached list) to be deleted

**/s/ Antoine Harris**
_____
Antoine Harris
Debtor Signature

Address: (if not represented by an attorney)

_____

_____

Phone: (if not represented by an attorney)

**Date** _____**05/23/2025**_____

*[Check if applicable]*

☐  Creditors with foreign addresses included

_____
Joint Debtor Signature

Address: (if not represented by an attorney)

_____

_____

Phone: (if not represented by an attorney)

**/s/ Ron Brown**
_____
Ron Brown
Signature of Attorney

Bar Number: 16352
_____
Brown Law Firm PC
_____
1609 E. 4th St.
_____
Tulsa, OK 74120
_____
Phone: (918) 585-9500
_____
Email: ron@ronbrownlaw.com
_____
Name/OBA#/Address/Telephone #/Email

1

Revised 08/2020

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

## OFFICIAL CREDITOR LIST GUIDELINES

The Official Creditor List must be provided to the court in electronic format and meet the following criteria as described below:

- The name and address of each creditor must be five (5) lines or fewer

- Each line may contain no more than 40 characters including spaces

- Names and addresses should be left justified (no leading spaces) with only one column of creditors

- If attention lines are used, they should appear on the second line of the address

- City, state, and ZIP code must be on the last line

- All states must be two-letter abbreviations

- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits

- DO NOT include the following names on the mailing list, they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), United States Trustee

**Attorney Filers**
Most bankruptcy preparation software packages have the ability to save the creditor list electronically in the proper format. Please check with your software company to ensure you have this option.

**Filers without an Attorney (Pro Se Debtors)**
Filers without an attorney may submit creditors through the Creditor List Submission application which can be accessed from the Court's website at www.oknb.uscourts.gov, or in the Clerk's Office.

**Computer Access**
Any pro se debtor or attorney who does not have access to a computer may use the equipment located in the Clerk's office to create the Official Creditor List.

**Verification of Creditor List**
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification as to Official Creditor List in the format outlined by the Clerk.

**Amendments**
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the above-described criteria.

BeraTech Industries
4101 Coon Rapids Blvd Nw
Minneapolis, MN 55433-2525

Beratek Industries
120 50th Ave SW 300
Cedar Rapids, IA 52404

BOF Holdings I, LLC
1209 N Orange St
Wilmington, DE 19801-1120

Bonial & Associates, P.C.
14841 Dallas Pkwy Ste 425
Dallas, TX 75254-8067

Deloach Global Industries Inc.
c/o Wes Industries
6389 Tower Lane
Sarasota, FL 34240

Matthew Griffin
6713 E. 65th St.
Tulsa, OK 74133

Matthew Griffin
6713 E. 65th Street
Tulsa, OK 74133

Antoine Harris

Antoine Harris
2550 E. 46th Pl.
Tulsa, OK 74105


RJW Law Office PLLC
2123 S. Atlanta Pl Suite 200
Tulsa, OK 74114


Rodney Watkins


Rodney Watkins
104 E. 13th Street
Sand Springs, OK 74063